STATE OF NEW JERSEY v. EDEN MCARTHUR.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER GORDON.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LESEUR.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HELJU CLAYTON.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD JOE CLAYTON.

June 3, 1986.

Petition for certification denied.